IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(GREENBELT)

Craig Zucker,
    *Plaintiff,*
    v.
U.S. Consumer Product Safety Commission,
and Robert Adler, in his official capacity as
Acting Chairman of the U.S. Consumer
Product Safety Commission,
    *Defendants.*

Case No.    8:13-cv-03355-DKC

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to F.R.C.P. 41(a)(1)(A)(i) the plaintiff hereby voluntarily dismisses this action with prejudice pursuant to the parties' settlement agreement.

Dated:    May 16, 2014

Respectfully submitted,

*/s/ Daniel Z. Epstein*

Daniel Z. Epstein
Cause of Action, Inc.
1919 Pennsylvania Avenue, NW
Suite 650
Washington, DC 20006
Telephone: (202) 499-4232
Facsimile: (202) 330-5842
daniel.epstein@causeofaction.org

*/s/ Reed D. Rubinstein*

Reed D. Rubinstein
DINSMORE & SHOHL, LLP
801 Pennsylvania Avenue, NW
Suite 610
Washington, DC 20004
Telephone: (202) 372-9100
Facsimile: (202) 372-9141
reed.rubinstein@dinsmore.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

This is to confirm that a copy of the foregoing NOTICE OF VOLUNTARY DISMISSAL was electronically filed on May 16, 2014. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system, and the filing may be accessed through that system.

By:   */s/ Reed D. Rubinstein*
   Reed D. Rubinstein